PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00145-DAD-BAM |
|---|---|
| Plaintiff, | STUPULATION FOR SETTING CHANGE OF PLEA HEARING |
| v. | COURT: Hon. Dale A. Drozd |
| TIFFANY FELLER, | |
| Defendant. | |

On June 2, 2022, the parties filed a signed plea agreement in the above-entitled matter. By this stipulation, the parties jointly request a change of plea hearing before the Hon. Dale A. Drozd on June 27, 2022, at 9:00 a.m. The parties also stipulate to vacate the status conference on July 13, 2022, at 1:00 p.m. as to Tiffany Feller.

Dated: June 2, 2022                                    PHILLIP A. TALBERT
                                                       United States Attorney

                                                   By: /s/ Justin J. Gilio
                                                       JUSTIN J. GILIO
                                                       Assistant United States Attorney

Dated: June 2, 2022                                    /s/ Roger Bonakdar
                                                       Roger Bonakdar
                                                       Counsel for Defendant
                                                       Tiffany Feller

1

**ORDER**

Pursuant to the parties' stipulation, this action is now scheduled for a change of plea hearing before the undersigned on June 27, 2022, at 9:00 a.m. and the July 13, 2022, at 1:00 p.m. status conference is hereby vacated as to defendant Tiffany Feller only.

IT IS SO ORDERED.

Dated: **June 9, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE