PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIFFANY FELLER,<br><br>    Defendant. | CASE NO. 1:19-CR-00145-DAD-BAM<br><br>STIPULATION CONTINUING SENTENCING; ORDER<br><br>COURT: Hon. Dale A. Drozd |

1. The undersigned parties hereby agree and stipulate to continue the Defendant's sentencing for three weeks from September 19, 2022 to October 11, 2022, or the earliest available time thereafter.

2. Defendant requests this continuance to allow for the preparation of Defendant's Presentence Investigation Report. Defendant was unable to be interviewed in the normal course because of a quarantine in the jail caused by COVID-19. Although Defendant was interviewed this week, the Probation Officer assigned to the case needs the additional time to finalize the Presentence Investigation Report.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 12, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JUSTIN J. GILIO<br>JUSTIN J. GILIO<br>Assistant United States Attorney |
| Dated:  August 12, 2022 | /s/ Roger Bonakdar<br>Roger Bonakdar<br>Counsel for Defendant<br>Tiffany Feller |

## ORDER

Pursuant to the stipulation of the parties, the sentencing hearing in this case is hereby continued sentencing from September 19, 2022 to October 11, 2022, at 8:30 a.m. before the then-assigned district judge.

IT IS SO ORDERED.

Dated:  **August 15, 2022**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2